THOMAS McCOURT, Respondent, v. NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

ROSE E. McNALLY, Appellant, v. AMIE S. ADAMS and Another, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.

ROSE MEGUIN, Respondent, v. MARY BUEHLER, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

MAURICE W. METZLER and REGINA METZLER, Trading under the Firm Name, etc., Respondents, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant.— Order modified by requiring plaintiffs to pay to the defendant ten dollars, and as so modified affirmed, without costs of this appeal. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

JOSIE PANSINI, Respondent, v. ANTHONY PANSINI, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL BERNSTEIN, Respondent, v. JOHN A. KINGSBURY, as Commissioner of the Department of Public Charities of the City of New York, Appellant.— Orders appealed from reversed; verdict directed for the defendant, and writ dismissed, without costs, upon the ground that the record does not show that there was any improper exercise of his power by the commissioner. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

MARY BLAIR BROKAW, Respondent, v. WILLIAM GOULD BROKAW, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

HERBERT J. CHILDS and Others, Appellants, v. DANIEL D. TOMPKINS and Others, Respondents.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

OTIS H. CUTLER, Respondent, v. MARY R. WINBERRY and Others, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

JOHN D. DUNLOP, Respondent, v. WILLIAM SIEVERS, Appellant.— Motion granted. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

FRANK L. HENRICI and ISABELLE HENRICI, Appellants, v. WILLIAM HEESELER, Individually and as Executor, etc., of WILHELMINE HEESELER, Deceased, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.